# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

v.                    **CASE NO. 4:11-CR-00223-BSM-2**

**TIMOTHY VERNARD WILLIAMS**
*Reg #26501-009*                                                                       **DEFENDANT**

## ORDER

Timothy Williams's motion for compassionate release and motion to appoint counsel [Doc. No. 155] is denied because his health concerns do not warrant release and because he is a danger to society. *See, e.g.*, *United States v. Ram*, 2020 WL 3100837, at *2–3 (E.D. Ark. June 11, 2020). Further, there is no right to counsel in section 3582 proceedings. *United States v. Knight*, 2020 WL 4193996, at *1 (D.N.D. July 21, 2020) (citing *United States v. Brown*, 565 F.3d 1093, 1094 (8th Cir. 2009)). Williams's Eighth Amendment claims regarding prison conditions are denied because he has failed to exhaust his administrative remedies. 42 U.S.C. section 1997(e)(a).

Williams pled guilty to conspiracy to carry or use a firearm during a drug trafficking crime and was sentenced to 210 months imprisonment. Doc. No. 124. He moves for compassionate early release, pursuant to 18 U.S.C. section 3582(c)(1)(A), which requires consideration of the sentencing factors enumerated by 18 U.S.C. section 3553.

Williams tested positive for COVID-19 in August, 2020, and has since been declared recovered. Mot. Compassionate Release at 3, Doc. No. 155. He argues that he should be released because his obesity and hypertension put him at a safety risk if he contracts COVID-

19. *Id*. He also states that he suffers from anxiety and depression from fear of contracting COVID-19 and being in COVID-19 isolation. *Id.* Williams argues that the number of positive tests at Forrest City Medium facility is rapidly increasing and that social distancing and face mask guidelines are not being enforced. *Id.* at 5. He further attests that he will reside with his brother if he is released, and argues that he is not a danger to society. *Id*. at 20.

The government argues that compassionate release is not warranted because concerns of potential exposure to the virus do not rise to the level of extraordinary and compelling. Resp. Mot. Release at 4, Doc. No. 156. The government also argues that the facility where Williams is incarcerated has four inmates who are positive for COVID-19, as of October 30, 2020, and BOP has taken the precautions set out in its action plan. *Id.* at 6–9. Moreover, based on Williams's violent criminal history and drug offense, the government contends that Williams poses a danger to the community. *Id.* at 10–12.

IT IS SO ORDERED, this 5th day of November, 2020.

                                                                           UNITED STATES DISTRICT JUDGE