## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                                   **CASE NO. 4:11-CR-00223-BSM-2**

**TIMOTHY VERNARD WILLIAMS**
**Reg. No. 26501-009**                                                       **DEFENDANT**

### ORDER

Timothy Williams's motion for compassionate release [Doc. No. 174] is denied. Williams was sentenced to 210 months' imprisonment for conspiracy to use or carry a firearm during a drug trafficking crime. Doc. No. 124. After serving approximately 168 months, Williams seeks compassionate release based on the November 2025 amendments to the Federal Sentencing Guidelines. The motion is denied without prejudice because Williams has not exhausted his administrative remedies. *United States v. Houk*, 2 F.4th 1082, 1084 (8th Cir. 2021) (prisoners must exhaust administrative remedies before filing a motion for compassionate release). This is true because the warden's rejection of Williams's request for a sentence reduction in 2023 does not exhaust a claim that did not exist until 2025. The government's arguments regarding extraordinary and compelling circumstances and the weight of the factors against release are well-taken but not ripe for consideration.

IT IS SO ORDERED this 5th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE